**PETER G. EIKENBERRY**
7 HANOVER SQUARE, 8TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (212) 385-1050
FAX: (212) 385-1017
pete@eikenberrylaw.com

December 7, 2015

*Via ECF*
The Honorable Steven M. Gold
Chief Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 1217
Brooklyn, NY 11201

*Sorenson : Simpson*
*CV 15-4614*

Dear Judge Gold:

Please be advised that I am counsel of record in the above styled matter. There is an initial conference scheduled for 10:00 am on December 9, 2015. Please be informed that the summons and complaint were never served and, thus, no answer has been filed.

Around the time the complaint was filed, I experienced severe pains in my right leg which was first diagnosed as muscle spasms, then as a compressed disk and then as an arthritic hip. I have been operating at a reduced capacity up to the present time and finally had a right hip replacement on October 30. By the series of physical events, I have been convinced that it is time I retired and spend more time on writing and in other activities such as a new Civic Education Committee to which Chief Judge Katzmann has just named me.

I have been interviewing counsel to replace me in the above styled matter and may be close to identifying a replacement to substitute for me. I am wondering if there is a purpose to be served by a conference on Wednesday.

Respectfully enquired,

*[signature]*

PGEikenberry
/rb