UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ERIC SORENSON,

                          Plaintiff,

       - against -

SANDRA SIMPSON,

                          Defendant.

-------------------------------------------------------------------X

**NOTICE OF MOTION**

**Index No.**
**15-cv-4614 (AMD-ST)**

      PLEASE TAKE NOTICE that upon the annexed Affirmation of Maria Isabel S. Guerrero, Esq. and the accompanying Memorandum of Law, and all prior pleadings and proceedings in this action, Defendant Sandra Simpson will move this Court, before the Honorable Ann M. Donnelly, U.S.D.J., at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on October 19, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint in its entirety.

DATED:      August 31, 2016
                  Albany, NY

                                      MARIA ISABEL S. GUERRERO
                                      Law Office of Maria Isabel S. Guerrero
                                      1971 Western Avenue #131
                                      Albany, NY 12203
                                      (518) 512-9208
                                      mariaisabel.guerrero@nyattyatlaw.com

Via ECF to:    Lorna B. Goodman
                      551 Madison Avenue, Seventh Floor
                      New York, NY 10022
                      glornab@gmail.com