UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ERIC SORENSON,

                Plaintiff,

      - against -

SANDRA SIMPSON,

                Defendant.

-----------------------------------------------------------------X

**STIPULATION TO SUBSTITUTE COUNSEL**

Index No.
15-cv-4614 (AMD-ST)

**IT IS HEREBY STIPULATED AND AGREED** that the attorney of record for the Defendant Sandra Simpson be changed, and that Defendant Sandra Simpson shall now proceed *Pro Se* in above-entitled action in the place and in the stead of Maria Isabel S. Guerrero, Esq. as her attorney.

DATED:    May 26, 2017
              Albany, NY

MARIA ISABEL S. GUERRERO, ESQ.

*/s/ Maria Isabel S. Guerrero*

Maria Isabel S. Guerrero, Esq.
Law Office of Maria Isabel S. Guerrero
1971 Western Avenue #131
Albany, NY 12203
(518) 512-9208
mariaisabel.guerrero@nyattyatlaw.com

DEFENDANT: SANDRA SIMPSON

*/s/ Sandra J. Simpson*

Sandra Simpson
419 Aderhold Road
Saxonburg, PA 16056
(724) 352-9206