*Law Office of Maria Isabel S. Guerrero*
*1971 Western Avenue #131*
*Albany, NY 12203*
*(518) 512-9208*
*mariaisabel.guerrero@nyattyatlaw.com*

May 31, 2017

**VIA ECF**
Hon. Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Sorenson v. Simpson, Index No. 15-cv-4614 (AMD-ST)

Dear Judge Tiscione:

    As a follow up to today's conference, here is Defendant Sandra Simpson's contact information:

    Sandra Simpson
    419 Aderhold Road
    Saxonburg, PA 16056
    simpsonfuture@gmail.com

                                     Very truly yours,

                                     Maria Isabel S. Guerrero, Esq.

cc:    Lorna B. Goodman, Esq.
       (via ECF to glornab@gmail.com)