June 26, 2017
419 Aderhold Rd
Saxonburg, PA 16056

Han. A.M. Donnelly
United States District Judge
US District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Hon. A.M. Donnelly, US District Judge,

I would like to withdraw my request for an Interlocutory Appeal that was made on June 22, 2017.

The Request was made in error, therefore I request that it be withdrawn.

Sincerely,

*Sandra Simpson* (signature)

Sandra Simpson
Litigant Pro Se
Simpsonfuture@gmail.com

Courtesy copy mailed to:

Ms. Lorna Goodman, 551 Madiason Ave, 7th Floor, New York, NY 10022