Christopher P. Milazzo, Esq.
CARMEL, MILAZZO & DiCHIARA LLP
55 West 39th Street, 18th Floor
New York, New York 10018
(212) 658-0458 (tel.)
(646) 838-1314 (fax)
cmilazzo@cmdllp.com

*Attorneys for Defendant*

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ERIC C. SORENSON,

                Plaintiff,

-against-

SANDRA SIMPSON,

                Defendant.

-------------------------------------------------------x

Case No. 15-cv-4614 (AMD) (SJB)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned action for Defendant Sandra Simpson.

Dated: New York, New York
       December 5, 2017

CARMEL, MILAZZO & DiCHIARA LLP

By: _____
Christopher P. Milazzo, Esq.
55 West 39th Street, 18th Floor
New York, New York 10018
(212) 658-0458 (tel.)
(646) 838-1314 (fax)
cmilazzo@cmdllp.com
*Attorneys for Defendant*